```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| LLOYD FREED, et al.        ) | |
| ) | |
| )           | CIVIL ACTION |
| v.        ) | |
| )           | No. 04-1233 |
| UNIVERSAL HEALTH SERVICES  ) | |

| | |
|---|---|
| LISELOTTE KLEIN, et al.    ) | |
| ) | |
| )           | CIVIL ACTION |
| v.        ) | |
| ) | |
| UNIVERSAL HEALTH SERVICES  )           | NO. 04-1340 |

## ORDER

    **AND NOW**, this __ day of July, 2004, upon consideration of Plaintiff National Asbestos Workers' Pension Fund's Motion to Consolidate and Motion for Appointment as Lead Plaintiff and for Approval of Lead Counsel  (Doc. # 3), and all related submissions, **IT IS HEREBY ORDERED** as follows:

    1) The National Asbestos Workers' Pension Fund's Motion to Consolidate is **GRANTED** as uncontested, and the case bearing Civil Action Number 04-1340 shall be consolidated into the case bearing Civil Action Number 04-1233 for all purposes, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  All submissions in the consolidated case shall be made under the case bearing Civil Action Number 04-1233.

    2) The National Asbestos Workers' Pension Fund's Motion for

Appointment as Lead Plaintiff is **GRANTED** as uncontested, without prejudice to reconsider the issue upon a Motion for Class Certification.

3) The National Asbestos Workers' Pension Fund's Motion for Approval of Lead Counsel is **GRANTED**. Darren J. Robbins, Esq. and Laura Andracchio of the law firm of Lerach Coughlin Stoia & Robbins LLP shall be appointed as lead counsel, and Deborah R. Gross, Esq. of the Law Offices of Bernard M. Gross, P.C. shall be appointed as liaison counsel.  The National Asbestos Workers' Pension Fund shall file with this Court, under seal, a full and complete fee agreement between The National Asbestos Workers' Pension Fund and Lead Counsel.  In addition, The National Asbestos Workers' Pension Fund shall file with the Court, under seal, documentation describing the work arrangement between Lead Counsel Lerach Coughlin Stoia & Robbins LLP and Liaison Counsel Deborah R. Gross.   In addition, The National Asbestos Workers' Pension Fund shall file with this Court, under seal, certification that arrangements have been made for all counsel to submit monthly billings to lead counsel for review.  All such submissions shall be made within 10 days of the date of this Order.

4) The National Asbestos Workers' Pension Fund shall file a Class Action Complaint in the consolidated action within 30 days of the date of this Order.

> BY THE COURT:
>
> _____
> John R. Padova, J.