JP

43

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

---

LLOYD FREED, Individually and on Behalf
of Others Similarly Situated,

        Plaintiff,

   v.

UNIVERSAL HEALTH SERVICES,
INC., ALAN B. MILLER and
STEVE G. FILTON,

        Defendants.

---

Civil Action No. 2:04-CV-01233-JP
(Consolidated)

**CLASS ACTION**

FILED
JUN - 7 2005
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 7th day of June, 2005, no motion for leave to file a Second Amended Consolidated Complaint having been filed pursuant to the Court's Order dated May 3, 2005, and the Court having been advised by Liaison Counsel for Lead Plaintiff National Asbestos Workers' Pension Fund that Lead Plaintiff has decided not to file a Second Amended Complaint, IT IS HEREBY ORDERED that the above-captioned action and all claims asserted therein are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
JOHN R. PADOVA
United States District Judge

M0511879.DOC

FAXED
6-7-05
M. FANTINI
S. SAVETT
N. EPSTEIN
D. GROSS

MAILED
6-7-05
S. TAYLOR
P. CHECK
R. MANISKAS
W. LERACH
G. BANKS
J. NESPOLE
L. AUDRACCHIO

DOCKET TO STATS